**S. F. McCOTTER & SONS v. AMERICAN GUARANTY INS. CO.**

[330 N.C. 115 (1991)]

S. F. McCOTTER & SONS, INC., A CORPORATION v. AMERICAN GUARANTY
INSURANCE COMPANY, A CORPORATION

No. 30A91

(Filed 3 October 1991)

APPEAL of right by the defendant pursuant to N.C.G.S.
§ 7A-30(2) and on discretionary review of additional issues from
the decision of a divided panel of the Court of Appeals, 101 N.C.
App. 243, 399 S.E.2d 421 (1990), ordering a new trial as to damages
only in regard to a judgment of *Phillips, J.*, at the 17 July 1989
Session of Superior Court, PAMLICO County. Heard in the Supreme
Court 10 September 1991.

*Henderson, Baxter & Alford, P.A., by B. Hunt Baxter, Jr.,*
*for the plaintiff appellee.*

*Mast, Morris, Schulz & Mast, P.A., by George B. Mast and*
*Bradley N. Schulz, for the defendant appellant.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.